Name __CHARLES CHRISTMAN__
Address __P.O. BOX 7001  Unit 34__
City, State, Zip __Atascadero, CA 93423__
Phone __(805) 468-3161/3447__
Fax __None: Institutionized__
E-Mail __None: Institutionized__

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

RECEIVED
CLERK, U.S DICTRICT COURT
MAR 3 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHRISTMAN<br><br>PLAINTIFF(S),<br><br>v.<br><br>JAN MARIE ALARCON, et.al DEFENDANT(S). | CASE NUMBER: CV 03-8569 MLR<br><br>NOTICE OF APPEAL |

Bill _____
Fees Pd _____
Frms Gvn _____
CAD _____
TDO _____
Ntc/Dkt Mld _____
FP Frms Gvn _____

NOTICE IS HEREBY GIVEN that __CHARLES CHRISTMAN__ hereby appeals to
                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): SUMMARY JUDGEMENT

☐ Other (specify):

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE:
DATED: APR 10 2006
_____
DEPUTY CLERK

Entered in this action on __October 23, 2003__.

A copy of said judgment or order is attached hereto.

__March 25, 2006__                    __Charles Christman__
Date                                  Signature
                                      ☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)                    NOTICE OF APPEAL

DOCKETED ON CM
APR - 7 2006
BY _____ 029

170

Charles Christman
Atascadero State Hospital
P.O. Box 7001   Unit 34
Atascadero, CA 93423-7001

(805) 468-3161/3447



In Pro Per

Charles Christman )      Case No: CV 03-8569 MLR
             )
    Petitioner )
             )      MOTION for CERTIFICATION OF
    vs.      )      APPEAL TO THE NINTH CIRCUIT
             )      COURT AND REQUEST FOR TRANSCRIPT
Jan Marie Alarcon, et. al. )
             )      AND JUDICIAL DECISION ON MARCH
    Defendants )
             )      20, 2006 summary judgement
             )      HEARING.

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA

Comes now, Charles Christman, Plaintiff reguarding CIVIL RIGHTS COMPLAINT PURSUANT $@ U.S.C. § 1983 filed on December 11, 2003 in U.S. Dist. Ct. for the Central Dist. of CA to request copies of the "Summary Judgement Hearing" transcripts, and The Hon. Judge Real's Decision, and to apply for a "Certificate of Appealability" on the judgement in said case.

Respectfully submitted,

*Charles Christman* (signature)
Charles Christman
PLAINTIFF/ pro per

Date: March 23, 2006

Charles Christman
Atascadero State Hosp.
P.O. Box 7001   Unit 34
Atascadero, CA 93423

```
                    RECEIVED
              CLERK, U.S. DICTRICT COURT

                    MAR 3 1 2006

              CENTRAL DISTRICT OF CALIFORNIA
                                  BY           DEPUTY
```

In Re: Recierpt of notification of Civil Minutes
from clerk of Court, U.S.D. Central Dist. of CA
at ASH- Unit 34 on March 28, 2006.

Case No: CV 03 8569 R

Comes now, Charles Christman, in pro per, to submit a cknowledgement of reciept of Civil Minutes from the Hon. Judge Real in the above mentioned case, which was dated on March 22, 2006. I, charles Christman declare that, I recieved this doccument on March 28, 2006, due to the U.S. mail/ASH mail delivery delay.

That on March 29, 2006 I had a scheduled Copy appointment in Graphic Arts at ASH to submit my opposition to this decision, and request for a re-hearing on the matter, and also a Motion to Appeal this case in the U.S. Fed. Ninth Cir. Court, according to Fed. Rules of Civil Procedure. Rule # 7(b) Motions and other papers; Rule 12(e) Motion for a more definate statement_ Request for a transcript of summary judgement Hearing on March 20, 2006; Rule 27 - Depositions Before Action or Pending Appeal;Rule 38 (a) Right to a Jury Trial Preserved(a).

Plaintiff, charles Christman. in lieu of pro per status requests consideration of the aforeto mentioned rules, and any other rules applicable, that might be unknown to plaintiff in this case in the proper adjudication of pleadings in this case for purposes of Appeal to the Ninth Cir. Court of Appeals. Plaintiff, Christman reiterates, that he is incarcerated within the limitations of a Institution, and does not have access to complete legal resources, as does the defendant's attorney.

CHARLES CHRISTMAN
P.O. BOX 7001   Unit 34
ATASCADERO STATE HOSPITAL
Atascadero, CA 93423-7001

(805) 468-3161/3447


In re:   FRAP  (Fed. Rules of App. Proc. & Rules of Ninth
         Circuit Ct.


To the Clerk of the Court:

   Enclosed is a request for the above mentioned rules
and a SASE Mailing label.
       Thank you for your assistance.


Charles Christman, Plaintiff, In pro per   (Case # CV 03-8569)
This request is reguarding my inquiry to Appeal a Civil
§1983 Lawsuit I filed with the U.S.D.C. Central Dist. of
CA.  The Hon. Judge Real  dismissed the case on March 20, 2006
at Atascadero State Hosp.  via Teleconference. at SUMMARY JUDGEMENT.

   If you have any forms to send me for application of
appointment for an Appellate Atty, I  appreciate it.

I  have not recieved a Docket number on my application for
certification of appealibility, as yet from the U.S.D.C.

   I shall  anticipate a reply at your earliest convience.


                                    Respectfully,

Date!
March 27, 2006                      Charles Christman
at Atascadero State
Hospital.                           Charles   Christman

LODGED
CLERK, U.S DISTRICT COURT

NOV 2 5 2003

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 1 2003

CENTRAL DISTRICT OF CALIFORNIA

SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John Allen Rainwater, et al; | | CASE NUMBER |
| | PLAINTIFF(S) | CV-03-8569 R (SGL) |
| V. | | |
| Jan Marie Alarcon, et al; | | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| | DEFENDANT(S). | |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

**Note:** This order does not authorize a plaintiff to proceed in *forma pauperis* nor does it authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned. The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court.

_12-8-03_
Date

_/s/_
United States Magistrate Judge

================================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☐ Other: _____

Comments:




_____                    _____
Date                                            United States Magistrate Judge

ENTER ON ICMS

================================================================================

**IT IS ORDERED** that the application of plaintiff to file the action without prepayment of the filing fee is:
                    ☐ GRANTED            ☐ DENIED (See note above).

DEC 1 6 2003

_____                    _____
Date                                            United States District Judge

CV-73A (02/99)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

BILL LOCKYER
Attorney General of the State of California
JOHN H. SANDERS
Lead Supervising Deputy Attorney General
KAREN ACKERSON-BRAZILLE
Deputy Attorney General
State Bar No. 157514
　　300 South Spring Street, Suite 1702
　　Los Angeles, CA 90013
　　Telephone: (213) 897-2448
　　Fax: (213) 897-2805
　　Email: Karen.AckersonBrazille@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN RAINWATER, STEVEN LAWRENCE BURKHART, DOUGLAS ERNEST BADGER, CHARLES CHRISTMAN, STEVE JOSEPH WILLETT, DAVID HUFFMAN, TROY MICHAEL NAYLOR, <br><br> Plaintiffs, <br><br> v. <br><br> JAN MARIE ALARCON, Ph.D.; FREDERICK BANALES, Ph.D.; RONALD LAPP, M.D.; MARY FLAVIN, Ph.D.; ROBERT S. KNAPP, MD., Ph.D.; GLORIA FISCALINI, GABRIEL PALADINO, Ph.D., <br><br> Defendants. | CV 03-8569 R <br><br> (PROPOSED) JUDGMENT ON STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION OF FACTS <br><br> Date: March 20, 2006 <br> Time: 11:00 a.m. <br> Courtroom: 8 <br> Judge: The Honorable Manuel L. Real |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN RAINWATER, STEVEN LAWRENCE BURKHART, DOUGLAS ERNEST BADGER, CHARLES CHRISTMAN, STEVE JOSEPH WILLETT, DAVID HUFFMAN, TROY MICHAEL NAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>JAN MARIE ALARCON, Ph.D.; FREDERICK BANALES, Ph.D.; RONALD LAPP, M.D.; MARY FLAVIN, Ph.D.; ROBERT S. KNAPP, MD., Ph.D.; GLORIA FISCALINI, GABRIEL PALADINO, Ph.D.,<br><br>Defendants. | CV 03-8569 R<br><br>(~~PROPOSED~~) JUDGMENT ON STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION OF FACTS<br><br>Date: March 20, 2006<br>Time: 11:00 a.m.<br>Courtroom: 8<br>Judge: The Honorable Manuel L. Real |

The motion of Jan Marie Alarcon, Ph.D., Federico Banales, M.D. Mary Flavin, M.D., Robert S. Knapp, M.D., and Gabrielle Paladino, M.D. defendants in the above-captioned action (collectively "State Defendants"), for entry of summary judgment or, alternatively, summary adjudication against plaintiffs, John Allen Rainwater, Charles Christman, and David Huffman, came on for hearing on March 20, 2006, at 11:00 a.m., in the Courtroom of the Honorable Manuel L.Real, United States District Judge.

1  The Court finds as follows:

2  That good cause exists for entry of summary judgment in favor of State
3  Defendants and against plaintiffs because there is no genuine issue of material fact
4  to support the complaint against the State Defendants, and the State Defendants are
5  entitled to judgment as a matter of law, as to said purported complaint.

6  THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that State
7  Defendants Jan Marie Alarcon, Ph.D., Federico Banales, M.D. Mary Flavin, M.D.,
8  Robert S. Knapp, M.D., and Gabrielle Paladino, M.D.(in their individual capacities)
9  are dismissed from this case, and summary judgment shall be entered against
10 plaintiffs and in favor of the State Defendants in the Complaint herein.

11 IT IS SO ORDERED:

13 _____ March 23, 2006
   UNITED STATES DISTRICT JUDGE

15 Submitted by

16 BILL LOCKYER, Attorney General
   of the State of California
17 JOHN H. SANDERS, Supervising Deputy
   Attorney General
18 KAREN ACKERSON-BRAZILLE,
   Deputy Attorneys General

20 By: _____
21    KAREN ACKERSON-BRAZILLE
      Deputy Attorney General
22    Attorneys for State Defendants

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: JOHN ALLEN RAINWATER, STEVEN LAWRENCE BURKHART, DOUGLAS ERNEST BADGER, CHARLES CHRISTMAN, STEVE JOSEPH WILLETT, DAVID HUFFMAN, TROY MICHAEL NAYLOR v. JAN MARIE ALARCON, Ph.D.; FREDERICK BANALES, Ph.D.; RONALD LAPP, M.D.; MARY FLAVIN, Ph.D.; ROBERT S. KNAPP, MD., Ph.D.; GLORIA FISCALINI, GABRIEL PALADINO, Ph.D.

No.: **CV 03-8569 R**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On March 22, 2006, I served the attached **(PROPOSED) JUDGMENT ON STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION OF FACTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

**JOHN ALLEN RAINWATER**
AT#047958-4
Atascadero State Hospital
P.O. Box 7001/Unit 30
10333 El Camino Real Blvd.
Atascadero, CA 93423-7001

**DAVID HUFFMAN**
AT#047243-1
Atascadero State Hospital
P.O. Box 7001/Unit 23
10333 El Camino Real Blvd.
Atascadero, CA 93423-7001

**CHARLES CHRISTMAN**
AT#045785-3
Atascadero State Hospital
P.O. Box 7001/Unit 34
10333 El Camino Real Blvd.
Atascadero, CA 93423-7001

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 22, 2006, at Los Angeles, California.

Norma L. Herrera-Orr
Declarant

*[signature: Norma L. Herrera-Orr]*
Signature

60133617.wpd

## PROOF OF SERVICE BY MAIL

I, The undersigned, declare that I am over the age of 18 years, a party to the enclosed action, a citizen of the United States and specifically the State of California, and reside at the following location:

**P.O. BOX 7001/UNIT
10333 EL CAMINO REAL BLVD.
ATASCADERO CALIFORNIA 93423-7001
ATASCADERO STATE HOSPITAL**

That I placed the following:

1. NOTICE OF APPEAL

2. LOGAN LIB. "Request for photocopying" ASH (5 business days)
3. MOTION FOR CERTIFICATION OF APPEAL TO NINTH CIR. CT. AND REQUEST FOR TRANSCRIPT OF SUMMARY JUDGEMENT (March
4. 20, 2006)
   Letter of notification of reciept of Civil Minutes of on March 28, 2006 at 8:30 A.M. via U.S. Mail at ASH on Unit 34- during mail call.

into the outgoing U.S. Mail Receptacle, at the above location, with appropriate postage affixed thereon and addressed as follows:

| | |
|---|---|
| UNITED STATES DISTRICT COURT | OFFICE OF THE ATTORNEY GENERAL |
| CENTRAL DISTRICT OF CALIFORNIA | STATE OF CALIFORNIA |
| U.S. Courthouse | Department of Justice |
| 312 North Spring Street, Room G-8 | 300 South Spring Street, 5th Floor |
| Los Angeles California 90012 | Los Angeles California 90013 |
| Attn: Clerk of the Court | Attn: Karen Ackerson-Brazille |

## VERIFICATION

I, the undersigned declare that the foregoing is true and correct under the penalty of perjury.
Executed this 29 day of _march 2006_ in the City of Atascadero California.

*Charles Christman*
Declarant, In Pro Se

