```
CHARLES CHRISTMAN
P.O. BOX 5003   Unit 14
Coalinga State Hospital
Coalinga, CA  93210

IN PRO PER
```

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHARLES CHRISTMAN

    Plaintiff

    v.

JAN MARIE ALARCON, PhD
FREDERICK BANALES, M.D.
MARY FLAVIN, PhD
ROBERT KNAPP, M.D.
GABRIEL PALADINO, PhD

    Defendants'

No.  CV 03-8569 R

MOTION FOR LEAVE TO FILE
EXTENSION OF TIME FOR PLAINTIFF
MOTION FOR SUMMARY JUDGEMENT
AND RESET ORAL ARGUEMENTS, AND
TO INCORPORATE PREVIOUS MOTION
ON EXHIBITS, AND ISSUES OF
MATERIAL FACTS.

To the Honorable Judge Manuel L. Real:

Comes now, Charles Christman, Plaintiff, in pro per to respectfully, request that this court grant me Leave for an Extension of time to file Summary Judgement and reschedule Oral Arguements for sixty days forth.  In lieu of the complexities in this State Hospital Facility to have access to typewriter and make appointments to obtain copies, which frequently takes at least a week, if not longer.  Otherwise, Plaintiff is left with more of a deficiet, as a result of institutional procedures and unable to submit factual information, which is necessary to prove Plaintiffs facts substantiate a ruling in Plaintiffs favor. *I, Also have medical prob. with Heart + Thyroid Appointments.*

July 29, 2008

Respectfully submitted,
*Charles Christman*
CHARLES CHRISTMAN

```
 1                    DECLARATION OF SERVICE BY U.S. MAIL
 2    Case Name: U.S. DIST. CT. No.: CV 03-8569 R
 3    Charles Christman
      Plaintiff
 4    C-730-2
      Coalinga State Hospital
 5    P.O. Box 5003  Unit 14
      Coalinga, CA 93210
 6
 7    I declare:
 8    I am Plaintiff in this case and I am 18 years of age or older.
 9    On July 29, 2008 I served two copies to the U.S. Dist Ct. Clerk,
10    and one copy of "MOTION FOR LEAVE TO FILE EXTENSION OF TIME TO
11    FILE SUMMARY JUDGEMENT IN FAVOR OF PLAINTIFF, AND RESET ORAL
12    ARGUEMENTS, AND INCORPORATE PREVIOUS MOTION ON EXHIBITS AND
13    ISSUES OF MATERIAL FACTS FROM July 16, 2008."
14
15    I, Charles Christman, Plaintiff, in Pro per Declare under pen-
16    alty of perjury under the laws of the State of California, and
17    the United states of America that: The foregoing is true and
18    correct and that the above Motion was executed on July 29, 2008
19    from Coalinga State Hospital to said parties.
20
21    CLERK OF THE COURT              Karren Ackerson-Brazille
      U.S. DIST. CT.                  Deputy Attorney General
22    U.S. COURTHOUSE  RM. G8         300 South Spring St. Ste. 1702
      LOS ANGELES, CA 90012           Los angeles, CA 90013
23
24    CHARLES CHRISTMAN               /s/ Charles Christman
      Declarant/Plaintiff             Signature
```