JS-6



FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN RAINWATER, STEVEN LAWRENCE BURKHART, DOUGLAS ERNEST BADGER, CHARLES CHRISTMAN, STEVE JOSEPH WILLETT, DAVID HUFFMAN, TROY MICHAEL NAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>JAN MARIE ALARCON, Ph.D.; FREDERICK BANALES, Ph.D.; RONALD LAPP, M.D.; MARY FLAVIN, Ph.D.; ROBERT S. KNAPP, MD., Ph.D.; GLORIA FISCALINI, GABRIEL PALADINO, Ph.D.,<br><br>Defendants. | CV 03-8569 R<br><br>~~(PROPOSED)~~<br>JUDGMENT ON STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION<br><br>Date:       January 12, 2009<br>Time:      10:00 a.m.<br>Courtroom: 8<br>Judge:     The Honorable<br>               Manuel L. Real |

The motion of Jan Marie Alarcon, Ph.D., Federico Banales, M.D. Mary Flavin, M.D., Robert S. Knapp, M.D., and Gabrielle Paladino, M.D. defendants in the above-captioned action (collectively "State Defendants"), for entry of summary judgment or, alternatively, summary adjudication against plaintiff, Charles Christman came on for hearing on January 12, 2009, at 10:00 a.m., in the Courtroom of the Honorable Manuel L. Real, United States District Judge.

The Court finds as follows:

That good cause exists for entry of summary judgment in favor of State Defendants and against plaintiff because there is no genuine issue of material fact to support the complaint against the State Defendants, and the State Defendants are entitled to judgment as a matter of law, as to said purported complaint under the theory of respondent superior and the doctrine of qualified immunity.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that State Defendants Jan Marie Alarcon, Ph.D., Federico Banales, M.D. Mary Flavin, M.D., Robert S. Knapp, M.D., and Gabrielle Paladino, M.D.(in their individual capacities) are dismissed from this case, and summary judgment shall be entered against plaintiff and in favor of the State Defendants in the Complaint herein.

IT IS SO ORDERED:

_____
2·4·09
Honorable Manuel L. Real,
UNITED STATES DISTRICT JUDGE

Submitted by

EDMUND G. BROWN JR, Attorney General
 of the State of California
JENNIFER KIM, Supervising Deputy
 Attorney General
KAREN ACKERSON-BRAZILLE,
 Deputy Attorneys General

By: _____
KAREN ACKERSON-BRAZILLE
Deputy Attorney General
Attorneys for State Defendants

ChristmanJudgment.wpd

2